Eleanor Kosakowski, administratrix of the estate of John Kosakowski, deceased, appellee, v. Pure Farm Products Corporation, appellant. Gen. No. 35,433.

Heard in the first division of this court for the first district at the October term, 1931. Opinion filed February 29, 1932. Rehearing denied March 14, 1932.

Green & Rice, for appellant; Charles E. Green, of counsel. Charles C. Spencer, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Louis P. O'Connell, appellee, v. Stevens Hotel Company, appellant. Gen. No. 35,446.

Heard in the first division of this court for the first district at the October term, 1931. O'Connor, P. J., dissents. Opinion filed February 29, 1932.

Cassels, Potter & Bentley, for appellant; Ralph F. Potter and George C. Bunge, of counsel. W. F. McLaughlin, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Esther du Brin, appellee, v. Calumet Wet Wash Laundries, Inc., appellant. Gen. No. 35,500.

Heard in the first division of this court for the first district at the October term, 1931. Opinion filed February 29, 1932. Rehearing denied March 14, 1932.

Philip H. Treacy, for appellant. Royal W. Irwin, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Catherine Keessen, appellee, v. William Soenksen, appellant. Gen. No. 35,657.

Heard in the first division of this court for the first district at the December term, 1931. Opinion filed February 29, 1932.

Church, Haft, Robertson, Crowe & Spence, for appellant; Burt A. Crowe, of counsel. Schnackenberg & Hansen, for appellee; Elmer J. Schnackenberg, of counsel.

Mr. Justice McSurely delivered the opinion of the court.